THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE WEST-
ERN UNION TELEGRAPH COMPANY, Appellant, *v.* JAMES A.
ROBERTS, as Comptroller of the State of New York,
Respondent.

*People ex rel. West. Un. Tel. Co.* v. *Roberts*, 30 App. Div. 78, affirmed.
(Argued June 8, 1898; decided June 24, 1898.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered May
18, 1898, reversing an order of Special Term directing a
peremptory writ of mandamus against the state comptroller
to compel him to credit the account of the relator with an
alleged credit for corporation taxes.

*Samuel Foster* for appellant.

*T. E. Hancock* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except GRAY and VANN, JJ., not sitting.